UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AHMAD JAWAD SAFI,
Plaintiff,
v.
SSA COMMISSIONER, et al.,
Defendants.

Case No. 26-cv-06937-TLT

**ORDER OF REMAND**

Re: Dkt. No. 13, 16

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

This order resolves ECF 13 and 16.

Dated: October 29, 2026

TRINA L. THOMPSON
United States District Judge